FRANCES B. WILT et al., Respondents and Appellants, v. JOSEPH LOEB et al., Appellants, and AVELLA BROS. CONTRACTING CO., INC., Respondent.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.